# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

T.M., et al.,                                    )
                                                 )
        Plaintiffs,                 )
                                                 )
        v.                          )  **Case No. 12-cv-1490 (RJL)**
                                                 )
DISTRICT OF COLUMBIA,                            )
                                                 )
        Defendant.                  )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 19th day of August, 2013, hereby

**ORDERED** that the defendant's Motion to Dismiss [Dkt. #11] is **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that plaintiffs' Rehabilitation Act claim in Count I of the Complaint [Dkt. #1] is **DISMISSED**; and it is further

**ORDERED** that Count II of the Complaint [Dkt. #1] is **DISMISSED**.

_____
RICHARD J. LEON
United States District Judge